FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ NOV 20 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICKEY A. LYNCH,

                       Plaintiff,

  -against-

SUFFOLK COUNTY POLICE DEPT. INC.,
SUFFOLK COUNTY POLICE BENEVOLENT
ASSN., DETECTIVE ROBERT TURANO, SHIELD
NO. 19, DETECTIVE GARY R. MILLER, SHIELD
NO., DETECTIVE THERESA DATTOMA, SHIELD
NO., JAMES CATTERSON JR., SUFFOLK
COUNTY, D.A., JENNIFER A. BUETOW, SUFFOLK
COUNTY, A.D.A., ALBERT ANDERSON, SUFFOLK
COUNTY FIRE MARSHAL, SHIELD NO. 4042,

                       Defendants.
------------------------------------------------------------X

AMENDED JUDGMENT
05-CV- 2725 (BMC)

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 17, 2009, directing the Clerk of Court to enter an Amended Judgment in conformance with the Mandate of the United States Court of Appeals for the Second Circuit; dismissing plaintiff's federal law claims and common law malicious prosecution claim with prejudice; and dismissing plaintiff's state law false imprisonment claim without prejudice to recommencement in state court; it is

      ORDERED and ADJUDGED that an Amended Judgment is hereby entered that plaintiff's federal law claims and common law malicious prosecution claim are dismissed with prejudice; and that plaintiff's state law false imprisonment claim is dismissed without prejudice to recommencement in state court.

Dated: Brooklyn, New York
       November 18, 2009

                                                  /s/
                                          ROBERT C. HEINEMANN
                                          Clerk of Court